**Darrell E. FOSTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58874.**

Missouri Court of Appeals, Western District.

July 10, 2001.

Mark A. Grothoff, Asst. Public Defender, Columbia, MO, Attorney for Appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, MO, Attorney for Respondent.

Before LOWENSTEIN, P.J., ULRICH and HARDWICK, JJ.

**ORDER**

PER CURIAM.

Darrell Foster appeals the denial of his Rule 29.15 post-conviction relief motion after an evidentiary hearing. For reasons set forth in the memorandum provided to the parties, we affirm the motion court's judgment. Rule 84.16(b).

**STATE of Missouri, Appellant,**

v.

**Patricia M. SCHMITT, Respondent.**

**No. ED 79257.**

Missouri Court of Appeals, Eastern District, Division Three.

July 10, 2001.

G. John Richards, Pros. Atty., Lincoln County, Troy, MO, Attorney for Appellant.

Charles F. James, Charlie James Law Office, Wentzville, MO, Attorney for Respondent.

Before GARY M. GAERTNER, SR., P.J., LAWRENCE G. CRAHAN, J., and GEORGE W. DRAPER III, J.

ORDER

PER CURIAM.

Appellant, the State of Missouri, appeals from the judgment of the Circuit Court of Lincoln County granting Respondent Patricia M. Schmitt's ("respondent") Motion to Suppress. The trial court ordered the evidence obtained and the items seized from the search of respondent and her car suppressed. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).